UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WALTER L. JOHNSON, SR., et al.,

    Plaintiff(s),

  v.

GREAT WESTERN FUNDING, et al.,

    Defendant(s).

_____/

No. C 09-02301 PJH

**ORDER TO SHOW CAUSE**

    Plaintiff in the above-entitled matter having failed to appear at the case management conference on September 3, 2009, and having failed to file a case management statement in compliance with the Court's orders,

    THE COURT hereby issues an ORDER TO SHOW CAUSE why plaintiff's claims should not be dismissed for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

    The hearing on the order to show cause will be held on September 17, 2009, at 2:30 pm., in Courtroom 3, Federal Courthouse, Oakland, CA., 94612. If plaintiff fails to appear, the case will be dismissed for failure to prosecute.

    **IT IS SO ORDERED.**

Dated: September 3, 2009

_____
PHYLLIS J. HAMILTON
United States District Judge