1  THEODORE E. BACON (CA Bar No. 115395)
   tbacon@adorno.com
2  PATRICK A. CATHCART (CA Bar No. 65413)
   pcathcart@adorno.com
3  AMY L. MORSE (CA Bar No. 92135)
   amorse@adorno.com
4  MIKEL A. GLAVINOVICH (CA Bar No. 186590)
   mglavinovich@adorno.com
5  ADORNO YOSS ALVARADO & SMITH
   A Professional Corporation
6  633 W. Fifth Street, Suite 1100
   Los Angeles, CA 90071
7  Tel.    (213) 229-2400
   Fax.    (213) 229-2499
8
   Attorneys for Defendant
9  JPMorgan Chase Bank, N.A., an acquirer of certain assets
   and liabilities of Washington Mutual Bank from the Federal
10 Deposit Insurance Corporation acting as Receiver

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – OAKLAND COURTHOUSE

| | |
|---|---|
| WALTER L. JOHNSON, SR., and GAYNELL T. JOHNSON, | Case No. 4:09-CV-02301 PJH |
| Plaintiffs, | Hon. Phyllis J. Hamilton – Courtroom 3 |
| v. | **[PROPOSED] ORDER RE JOINT STIPULATION CONTINUING FURTHER CASE MANAGEMENT CONFERENCE** |
| GREAT WESTERN FUNDING, WASHINGTON MUTUAL BANK now J.P. MORGAN CHASE BANK, FIRST AMERICAN TITLE, ATEFA SAMADI, DOES 1 – 10; DOE CORPORATIONS 1 – 10, Inclusive, | |
| Defendants. | Action Filed: May 22, 2009 |

///

///

///

///

///

///

1

[PROPOSED] ORDER RE CONTINUANCE OF FURTHER CMC                              4:09-CV-02301 PJH
2033264.1

1   After consideration of the fact that two separate motions to dismiss are set to be heard on
2   December 16, 2009, the Court continued the Case Management Conference previously set for
3   December 10, 2009, to January ~~11, 2009~~ 14, 2010, or a date of the Court's convenience, and the parties shall
4   file a Joint Case Management Conference Statement seven calendar days before the continued Case
5   Management Conference.

7   IT IS SO ORDERED.

9   DATED: 12/4/09



HON.
U.S. D

_____
IT IS SO ORDERED
Judge Phyllis J. Hamilton