UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER L. JOHNSON, SR., et al., | |
| Plaintiffs, | No. C 09-2301 PJH |
| v. | **ORDER OF DISMISSAL** |
| GREAT WESTERN FUNDING | |
| Defendant(s). | |

Plaintiffs having failed to e-file the complaint as ordered by the court on October 26, 2009, and again on December 4, 2009, the action is DISMISSED pursuant to Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED.**

Dated: December 18, 2009

_____
PHYLLIS J. HAMILTON
United States District Judge